# In the United States Court of Federal Claims

No. 05-660C
(Filed: August 17, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
HDMD PROPERTIES - REDFIELD,
A Limited Partnership,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' August 11, 2005 joint motion for a stay of proceedings while certain related cases remain in the court's Alternative Dispute Resolution ("ADR") pilot program. For good cause shown, the motion is granted. The parties are directed to file a joint status report within 14 days after the conclusion of ADR.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge

cc: Judge Marian Blank Horn